UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VERNON LOVETT,**

   Plaintiff,                      CASE NO.: 8:24-cv-00423-TPB-AEP

vs.

**EQUIFAX, INC. d/b/a EQUIFAX WORKFORCE SOLUTIONS**

   Defendant.
_____/

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, VERNON LOVETT, by and through undersigned counsel, hereby files this Notice of Dismissal with Prejudice and would represent to the Court that this action has been resolved against Defendant, EQUIFAX, INC., d/b/a EQUIFAX WORKFORCE SOLUTIONS, with each party to bear their own costs and attorney's fees.

Dated this 24th day of June, 2024,

**MAX STORY, P.A.**

/s/Max Story, Esquire
**STORY GRIFFIN**
Florida Bar No.: 527238
AUSTIN J. GRIFFIN, ESQUIRE
Florida Bar No.: 117740
328 2nd Avenue North, Suite 100
Jacksonville Beach, FL  32250
Telephone (904) 372-4109
max@storylawgroup.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 24, 2024, I electronically filed the foregoing with Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/Max Story, Esq.
Florida Bar No. 527238